WILDE & ASSOCIATES  
Gregory L. Wilde, Esq.  
Nevada Bar No. 004417  
212 South Jones Boulevard  
Las Vegas, Nevada 89107  
Telephone: 702 258-8200  
bk@wildelaw.com  
Fax: 702 258-8787  
and  
MARK S. BOSCO, ESQ.  
Arizona Bar No. 010167  
TIFFANY & BOSCO, P.A.  
2525 East Camelback Road, Suite 300  
Phoenix, Arizona 85016  
Telephone: (602) 255-6000  

Electronically Filed on _____

Wells Fargo Bank, N.A.  
10-72933 / 0676732506

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Michael A. Del Rio

        Debtor.

BK-10-23496-lbr

Chapter 7

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

1.    This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

Wells Fargo Bank, N.A.

2.    The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

1  Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
2  212 South Jones Boulevard
   Las Vegas, NV 89107
3

4  DATED this 27th day of July, 2010.

5                                          WILDE & ASSOCIATES
                                           /s/ Michael Kealth #10099
6                                       By: /s/Gregory L. Wilde, Esq
                                           **GREGORY L. WILDE, ESQ.**
7                                          Attorney for Secured Creditor
                                           212 South Jones Boulevard
8                                          Las Vegas, Nevada 89107

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
and
MARK S. BOSCO
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone (602) 255-6000
Wells Fargo Bank, N.A.
10-72933 / 0676732506

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-10-23496-lbr |
| Michael A. Del Rio | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On 7/27/10 I served the following document(s):

**REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:
   X   **a. ECF System**

   Melissa S. Cain
   cainlawgroup@gmail.com
   Attorney for Debtor

   Yvette Weinstein
   yweinsteinhsd@earthlink.net
   Trustee

X  **b. United States mail, postage fully prepaid:**

Melissa S. Cain
3080 S. Durango Suite 103
Las Vegas. NV 89117
Attorney for Debtor

Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV  89146
Trustee

Michael A. Del Rio
9708 Peacock Hill Circle
Las Vegas, NV  89117
Debtor

☐  **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐  1.    For a party represented by an attorney. delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐  2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission**

| | |
|---|---|
| 1 | |
| 2 | Based upon the written assignment of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached. |
| 3 | |
| 4 | |

Based upon the written assignment of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 27th day of July, 2010.

By: *Jannie Miller*